# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

UNITED STATES OF AMERICA                          PLAINTIFF

v.                          No. 4:19-cr-51-DPM

PRINCE BUSSEY                                           DEFENDANT

## ORDER

Motion, № 2, granted. The Information is dismissed without prejudice as to Prince Bussey.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

  26 February 2020